# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHREE KUBER, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY, STARR SURPLUS LINES INSURANCE COMPANY, ALLIED WORLD INSURANCE COMPANY, and ATEGRITY SPECIALTY INSURANCE COMPANY,<br><br>  Defendants. | Case No. 5:23-CV-04020 |

## STEADFAST INSURANCE COMPANY'S NOTICE OF REMOVAL

COMES NOW Defendant Steadfast Insurance Company ("Steadfast"), by and through undersigned counsel, with full reservation of all defenses, objections, and exceptions, including but not limited to service, jurisdiction, venue, and statute of limitations, and hereby removes the above-captioned matter from the District Court of Shawnee County, Kansas to the United States District Court for the District of Kansas pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support, Steadfast states as follows:

## I. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. This action is presently pending in the District Court of Shawnee County, Kansas under Case No. 2023-CV-000129 (the "Action"). Shree Kuber, LLC ("Plaintiff") filed its Petition on March 1, 2023.

2. Plaintiff served a copy of the Summons and Petition upon Steadfast by serving the Kansas Department of Insurance on March 15, 2023. Steadfast has not answered Plaintiff's Petition in the Action or appeared.

3. Plaintiff served a copy of the Summons and Petition upon Defendant Starr Surplus Lines Insurance ("Starr") by serving the Kansas Department of Insurance on March 15, 2023. Starr has not answered Plaintiff's Petition in the Action or appeared.

4. Plaintiff served a copy of the Summons and Petition upon Defendant Allied World Assurance Company ("Allied") by serving the Kansas Department of Insurance on March 15, 2023. Allied has not answered Plaintiff's Petition in the Action or appeared.

5. Plaintiff served a copy of the Summons and Petition upon Defendant Ategrity Specialty Insurance Company ("Ategrity") by serving the Kansas Department of Insurance on March 15, 2023. Ategrity has not answered Plaintiff's Petition in the Action or appeared.

6. Pursuant to 28 U.S.C. § 1446(b), Steadfast has 30 days from the receipt of the Summons and Petition to seek removal of the Action to this Court. Accordingly, this Notice of Removal is timely filed. Further, as the first to appear, Steadfast may remove this matter.

7. As required by 28 U.S.C. § 1446(a) and Local Rule 81.2, a copy of all records and proceedings from the District Court of Shawnee County, Kansas will be filed with the Court as an additional docket entry as required by the District Court of Kansas. Plaintiff's Petition is attached hereto as **Exhibit A.**

8. In accordance with 28 U.S.C. § 1446(d) and Local Rule 81.1(c)(2), Steadfast is filing a written notice of this removal, including a copy of this Notice of Removal, with the Clerk of the District Court of Shawnee County, Kansas. A copy of this Notice of Removal and the written notice of the same are also being served upon Plaintiff. A copy of the Notice of Filing Notice of Removal (without attachments) is attached as **Exhibit B.**

## II. DIVERSITY JURISDICTION EXISTS

9. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)

because the amount in controversy, exclusive of interest and costs, that is alleged by Plaintiff exceeds the sum of $75,000, and there is complete diversity of citizenship between the Plaintiff and Defendants. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

    **a. The Parties Are Completely Diverse**

10. Plaintiff states in its Petition that it does business in Shawnee County, Kansas with a primary place of business located at 1401 SW Ashford Pl., Topeka, Kansas 66604 at which Plaintiff operates the Baymont by Wyndham Topeka. Plaintiff's registered agent's office and mailing address is listed as 3500 10th Street, Great Bend, Kansas, 67530.

11. Upon information and belief, and pursuant to filings with the Kansas Secretary of State, there are four members who own 5% of more of Shree Kuber, LLC which are identified as Keshori Patel, Vipul Patel, Priti Patel and Jignesh Patel. Upon information and belief, Keshori Patel is a citizen of Kansas; Vipul Patel is a citizen of Oklahoma; and Priti Patel and Jignesh Patel are both citizens of Louisiana. In the absence of any other information, Keshori Patel, Vipul Patel, Priti Patel and Jignesh Patel are domiciled in the states in which they are citizens.

12. At all relevant times, Steadfast was an Illinois corporation engaged in the insurance business with a statutory home office located at 1299 Zurich Way, Schaumburg, Illinois 60196, and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196. Steadfast operates as a non-admitted surplus lines insurer in Kansas. *See* **Exhibit C**, Kansas Insurance Department License Search Report for Steadfast.

13. At all relevant times, Starr was a Texas corporation engaged in the insurance business with a statutory home office located at 8401 N. Central Expressway, Suite 515, Dallas, Texas 75225, and its principal place of business located at 399 Park Avenue, 3rd Floor, New York, New York 10022. *See* **Exhibit D,** Kansas Insurance Department License Search Report for Starr.

14. At all relevant times, Allied World was a New Hampshire corporation engaged in the insurance business with a statutory home office located at 10 Ferry Street, Suite 313, Concord, New Hampshire 03301, and its principal place of business located at 199 Water Street, Floor 24, New York, New York 10038. *See* **Exhibit E,** Kansas Insurance Department License Search Report for Allied World.

15. At all relevant times, Ategrity was a Delaware corporation engaged in the insurance business with a statutory home office located at 1209 Orange Street, Wilmington, Delaware, and its principal place of business located at 14000 N. Pima Road, Suite 200, Scottsdale, Arizona 85260. *See* **Exhibit F,** Kansas Insurance Department License Search Report for Ategrity.

16. Based upon the foregoing, complete diversity exists among the parties.

**b. The Amount in Controversy Requirement Is Satisfied**

17. The amount in controversy regarding Plaintiff's claims for damages are alleged to exceed $75,000. Plaintiff alleges that as a result of the Defendants' breach of contract, Plaintiff has been damaged in the amount more than $75,000.00, plus continuing interest and other amounts required under the Policy. *See* **Ex. A, pg. 5 ¶31.**

18. Based on the allegations asserted by Plaintiff, Steadfast believes in good faith that the amount in controversy exceeds $75,000. Kansas law requires plaintiffs to plead to a specific sum of damages. *See* K.S.A. 60-208(a)(2). Plaintiff has done so here and alleges an amount in excess of $75,000.

19. Accordingly, based on a preponderance of the evidence, more than $75,000 is in controversy, and therefore, the amount-in-controversy requirement of 28 U.S.C. § 1332(a) has been met.

**WHEREFORE**, Defendant Steadfast Insurance Company respectfully removes this

Action from the District Court of Shawnee County, Kansas to the United States District Court of Kansas, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  Should any question arise as to the propriety of this removal, Steadfast respectfully requests an opportunity to provide briefing and oral argument.

| | |
|---|---|
| Dated: March 27, 2023 | Respectfully submitted: |
| | *s/ William H. Henderson* |
| | M. Courtney Koger           KS #15271 |
| | William H. Henderson       KS #21409 |
| | KUTAK ROCK LLP |
| | 2300 Main Street, Suite 800 |
| | Kansas City, MO 64108 |
| | P: 816-960-0090; fax: 816-960-0041 |
| | larry.fields@kutakrock.com |
| | courtney.koger@kutakrock.com |
| | **ATTORNEYS FOR DEFENDANT STEADFAST INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

   I hereby certify that on March 27, 2023, a true and correct copy of the above and foregoing ***Defendant Steadfast Insurance Company's Notice of Removal*** was filed with the Clerk of the Court of Kansas by using the CM/ECF electronic filing system, which will send notification of such filing to the following counsel of record:

   Tai J. Vokins
   SLOAN, EISENBARTH, GLASSMAN, MCENTIRE
   & JARBOE, L.L.C.
   831 Massachusetts, Suite B
   PO Box 766
   Lawrence, KS 66044
   tvokins@sloanlawfirm.com
   ATTORNEYS FOR PLAINTIFF

              *s/ William H. Henderson*
              Attorney for Steadfast Insurance Company

4892-2842-7606