ELECTRONICALLY FILED
2023 Mar 01 PM 4:05
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2023-CV-000129

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
CIVIL DIVISION

| | |
|---|---|
| SHREE KUBER, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. |
| ) | Division No. |
| STEADFAST INSURANCE ) | |
| COMPANY, and ) | |
| ) | |
| STARR SURPLUS LINES INSURANCE ) | |
| COMPANY, and ) | |
| ) | |
| ALLIED WORLD ASSURANCE ) | |
| COMPANY, and ) | |
| ) | |
| ATEGRITY SPECIALITY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## PETITION

COMES NOW, Plaintiff Shree Kuber, LLC, by and through its attorney Tai J. Vokins of the law firm of Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC, and for its cause of action against Defendants, states as follows:

1. At all times relevant, Plaintiff has done business in Shawnee County, Kansas with a primary place of business located at 1401 SW Ashford Pl., Topeka, KS 66604, which is a hotel known as the Baymont by Wyndham Topeka (the "Baymont").

2. Defendant Steadfast Insurance Company ("Defendant Steadfast") is a for-profit insurance company that is authorized to do business in Kansas as the term "insurance company" is defined by K.S.A. 40-201. Defendant Steadfast may be served by serving the Kansas Department of Insurance at 420 SW 9th Street, Topeka, KS 66612 pursuant to K.S.A. 40-218.

1



EXHIBIT A

3. Defendant Starr Surplus Lines Insurance Company ("Defendant Starr Surplus") is a for-profit insurance company that is authorized to do business in Kansas as an "insurance company" as defined by K.S.A. 40-201. Defendant Starr Surplus may be served by serving the Kansas Department of Insurance at 420 SW 9th Street, Topeka, KS 66612 pursuant to K.S.A. 40-218.

4. Defendant Allied World Assurance Company ("Defendant Allied World") is a for-profit insurance company that is authorized to do business in Kansas as an "insurance company" as defined by K.S.A. 40-201. Defendant Allied World may be served by serving the Kansas Department of Insurance at 420 SW 9th Street, Topeka, KS 66612 pursuant to K.S.A. 40-218.

5. Defendant Ategrity Specialty Insurance Company ("Defendant Ategrity Specialty") is a for-profit insurance company that is authorized to do business in Kansas as an "insurance company" as defined by K.S.A. 40-201. Defendant Ategrity Specialty may be served by serving the Kansas Department of Insurance at 420 SW 9th Street, Topeka, KS 66612 pursuant to K.S.A. 40-218.

6. Jurisdiction and venue are appropriate in this court because the facts that gave rise to the claims occurred in Shawnee County, Kansas, and the insured property is in Shawnee County, Kansas.

7. On or before April 1, 2020, Plaintiff and Defendants entered a contract for Defendants to provide Plaintiff with commercial property insurance with a coverage period of April 1, 2020, through April 1, 2021 (the "Policy"). A copy of the Policy is attached as Exhibit 1.

8. The Policy's insured property includes the Baymont, which is the real property located at 1401 SW Ashford Pl., Topeka, KS 66604.

9. The Policy insures against all risks of direct physical loss or damage to the Baymont, subject to any specific exclusions.

10. The Policy includes a participation page which identifies the collective liability of the insurers.

11. According to the participation page the liability of each of the Defendants (referred to in the Policy as "Insurers") shall not exceed the Participation Limit with the exception of loss adjustment and professional fees.

12. According to the Policy, each of the Defendants' participation and thus the liability to be apportioned in this case is as follows (pursuant to the Policy and policy numbers shown below):

| Insurer | Policy Number | Participation Percentage |
| --- | --- | --- |
| Defendant Steadfast | CPP07811388-02 | 40% |
| Defendant Starr Surplus | SLSTPTY11291520 | 20% |
| Defendant Allied World | 0311-7998-1A | 15% |
| Defendant Ategrity Specialty | 01-B-BP-P00003761-0 | 25% |

13. At all times relevant, Plaintiff was current on all insurance premiums due.

14. The Policy covers any damage caused by hail or windstorms to the Baymont.

15. The Policy states that the maximum coverage is $100,000,000.00 per occurrence subject to any sublimit, and less any applicable deductibles.

16. Upon information and belief, on or around April 11, 2020, the Baymont, including the Baymont roof, was damaged by hail, and as a result, Plaintiff has suffered a monetary loss.

17. The damage to the Baymont from hail has resulted in the failure of the roof to perform its intended function and has also reduced the lifespan of the roof and thus the value of the Baymont.

18. No policy exclusions apply to Plaintiff's claim for hail damage to the Baymont for any damage to the Baymont roof.

19. The cost to repair and/or replace all the hail damaged areas of the Baymont, including, but not limited to the roof, is at least $422,012.73, subject to market conditions and changes.

20. Plaintiff gave Defendants notice of Plaintiff's loss in accordance with the Policy.

21. Defendants have failed, neglected, and refused to pay Plaintiff for any covered loss caused by hail damage.

22. Defendants' failure to pay Plaintiff for the covered loss caused by hail damage is without just cause or excuse.

23. Plaintiff complied with all requirements of the Policy prior to filing this lawsuit.

## COUNT I – BREACH OF CONTRACT
### (Failure to Pay for Loss)

24. All foregoing paragraphs are incorporated by reference.

25. Plaintiff and Defendants entered a contract, the Policy attached as Exhibit 1, whereby Defendants agreed to insure Plaintiff from risks of direct physical loss or damage to the Baymont, with the liability of each defendant not to exceed the participation limit set forth on the participation page of the Policy.

26. The contract is supported by adequate consideration.

27. Defendants have refused or failed to perform their obligations under the parties' contract by failing to pay for hail or windstorm damage to the Baymont; including, but not limited to the hail damage on the Baymont roof.

28. Plaintiff has submitted a claim for payment by Defendants, but Defendants have refused to pay the claim.

29. Defendants' failure to pay is without just cause or excuse.

30. Defendants' failure to pay Plaintiff the amounts it is owed under the parties' contract constitutes a breach of the contract.

31. As a direct and proximate result of the contractual breach by Defendants, Plaintiff has been damaged in the amount more than $75,000.00, plus continuing interest and other amounts required under the Policy.

**COUNT II – FAILURE WITHOUT JUST CAUSE TO PAY FOR COVERED LOSS**
**(Pursuant to K.S.A. 40-256)**

32. All the foregoing paragraphs are incorporated by reference.

33. Defendants have refused without just cause or excuse to pay the full amount of Plaintiff's loss, which loss is covered by the Policy.

34. As a result, if judgment is rendered against Defendants in this matter because Defendants have refused without just cause or excuse to pay the full amount of Plaintiff's loss, Plaintiff shall be allowed a reasonable sum as an attorney's fee pursuant to K.S.A. 40-256.

35. No tender was made by Defendants prior to commencement of this action.

WHEREFORE, Plaintiff hereby prays for judgment severally against Defendants for the amount in excess of $75,000.00, with the liability to be apportioned according to the Policy, plus prejudgment interest, costs of this action, and post judgment interest at the statutory rate from and after the date of judgment, plus Plaintiff's attorney fees in this matter pursuant to Kansas statute, and any other relief that the Court deems just and appropriate.

Respectfully submitted by,

*Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C.*

/s/ Tai J. Vokins
Tai J. Vokins,  #23707
831 Massachusetts, Suite B
PO Box 766
Lawrence, KS 66044
Tel. 785.842.6311
Fax 785.842.6312
tvokins@sloanlawfirm.com
Attorneys for Plaintiff


**REQUEST FOR JURY TRIAL**

Plaintiff requests a jury trial of 12 persons on all counts so triable.

Respectfully submitted by,

*Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C.*

/s/ Tai J. Vokins
Tai J. Vokins,  #23707
831 Massachusetts, Suite B
PO Box 766
Lawrence, KS 66044
Tel. 785.842.6311
Fax 785.842.6312
tvokins@sloanlawfirm.com
Attorneys for Plaintiff