IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHREE KUBER, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> STEADFAST INSURANCE COMPANY, § <br> STARR SURPLUS LINES INSURANCE § <br> COMPANY, ALLIED WORLD § <br> ASSURANCE COMPANY, AND § <br> ATEGRITY SPECIALTY INSURANCE § <br> COMPANY, § <br> § <br> Defendants. § | CASE NO. 5:23-CV-04020-JWB-KGG |

**DEFENDANTS STARR SURPLUS LINES INSURANCE COMPANY, ALLIED WORLD ASSURANCE CO., (U.S.) INC., AND ATEGRITY SPECIALTY INSURANCE COMPANY'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6), Defendants Starr Surplus Lines Insurance Company, Allied World Assurance Co., (U.S.) Inc. (incorrectly identified in Plaintiff's Petition as "Allied World Assurance Company"), and Ategrity Specialty Insurance Company (collectively referred to as "Underwriters") respectfully move this Court to dismiss Plaintiff's Petition [ECF No. 5] with prejudice because it was not filed within the applicable policies' two-year contractual suit limitation and, thus, its claim is time-barred. Contemporaneous with the filing of this motion, Underwriters are submitting a memorandum and exhibits in support of this motion.

Respectfully submitted,

By: *Scott D. Hofer*
Scott D. Hofer            KS #15787
Kevin D. Brooks          KS #25390
**BAKER, STERCHI, COWDEN & RICE, LLC**
1200 Main, Suite 2200
Kansas City, MO  64105
816-472-7474
816-472-6262 (fax)
shofer@bakersterchi.com
kbrooks@bakersterchi.com


and

Bennett A. Moss (*Pro Hac Vice Forthcoming*)
Texas Bar No. 24099137
bmoss@zellelaw.com
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:   214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANTS STARR SURPLUS LINES INSURANCE COMPANY, ALLIED WORLD ASSURANCE CO., (U.S.) INC., AND ATEGRITY SPECIALTY INSURANCE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2023, I electronically filed the foregoing with the Clerk of the District Court by using the CM/ECF/PACER system, which will send notice of electronic filing to all counsel of record.

 */s/ Scott D. Hofer*  
Scott D. Hofer