### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHREE KUBER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STEADFAST INSURANCE COMPANY, <br><br> Defendant. | Case No. 5:23-CV-04020 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Shree Kuber, LLC, through its attorney Tai J. Vokins, and states that the parties have entered into a settlement agreement in the above captioned matter. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of Steadfast Insurance Company with prejudice, with each party to bear their own costs.

Submitted by,                                                             Submitted by,


/s/ Tai J. Vokins                                                         /s/ M. Courtney Koger
Mr. Tai J. Vokins,  #23707                                                M. Courtney Koger, #15271
*Sloan, Eisenbarth, Glassman, McEntire*                                   *Kutak Rock, LLP*
*& Jarboe, L.L.C.*                                                        2300 Main Street, Suite 800
831 Massachusetts, Suite B                                                Kansas City, MO 64108
PO Box 766                                                                Tel.     816.960.0090
Lawrence, KS 66044                                                        Fax     816.960.0041
Tel.     785.842.6311                                                     courtney.koger@kutakrock.com
Fax     785.842.6312                                                      Attorney for Defendant
tvokins@sloanlawfirm.com
Attorney for Plaintiff